IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WAYLON L. TOLER                                                                                            PLAINTIFF

v.                                         3:05CV00053 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                               PLAINTIFF

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ORDERED this 17th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE